AO 91 (Rev. 08/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | | |
|---|---|---|
| United States of America<br>v.<br>Batista De Morais Neto<br><br>*Defendant(s)* | ) ) ) ) ) ) | Case No.  12-8375-WM |

*handwritten annotations in left margin:* JOAO / W.M.

*stamp:* FILED by ___ D.C. / SEP 1 9 2012 / STEVEN M. LARIMORE / CLERK U.S. DIST. CT. / S.D. OF FLA. - W.P.B.

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of   September 16, 2012   in the county of   Palm Beach   in the
  Southern   District of   Florida  , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. § 1324(a)(1)(i) | did knowingly attempt to bring to the United States aliens, knowing that such persons were aliens, at a place other than a designated port of entry and at a place other than as designated by the Commissioner of the Immigration and Naturalization Service or the Secretary of Homeland Security, regardless of whether such aliens had received prior official authorization to come to, enter, or reside in the United States and regardless of any future official action which may be taken with respect to such aliens, |

This criminal complaint is based on these facts:

See attached affidavit of Immigration and Customs Enforcement, Homeland Security Investigations Special Agent Daniel P. Richichi

☑ Continued on the attached sheet.

*Complainant's signature*

Special Agent Daniel P. Richichi
*Printed name and title*

Sworn to before me and signed in my presence.

Date:   09/19/2012

*Judge's signature*

City and state:   West Palm Beach, Florida        U.S. Magistrate Judge William Matthewman
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF COMPLAINT

I, Daniel P. Richichi, after being duly sworn, declare as follows:

### A.   Introduction and Agent Background

1. I am a Special Agent with the United States Department of Homeland Security / Immigration and Customs Enforcement, Homeland Security Investigations ("HSI") in West Palm Beach, Florida. I have been employed as an HSI Agent since December 2008, and my duties and responsibilities include conducting alien smuggling and immigration related investigations. Prior to becoming a Special Agent, I was employed as an Officer with the United States Department of Homeland Security / United States Customs and Border Protection for approximately five and a half years and during that time, I conducted numerous criminal investigations involving immigration violations and immigration document and benefit fraud.

2. The statements contained in this affidavit are based upon personal knowledge, as well as information provided by other HSI, U.S. Customs and Border Protection (hereinafter CBP) Air and Marine Operations (hereinafter AMO) agents and Border Patrol (hereinafter BP) agents and United States Coast Guard (hereinafter USCG) officers. I have not included in this Affidavit each and every fact and circumstance known, but only the facts and circumstances that I believe are sufficient to establish probable cause.

### B.   Facts

3. On September 16, 2012 a CBP AMO aircraft observed a vessel transiting the Atlantic Ocean from the area of Freeport, Grand Bahama Island. At approximately 7:26 p.m., A CBP AMO vessel interdicted the vessel which was a 26' Robalo bearing

1

Florida registration "FL0714NW" approximately two nautical miles east of the Boynton Beach inlet, Florida.

4. CBP AMO agents boarded the vessel and identified the captain of the vessel as Joao BATISTA DE MORAIS NETO, a Brazilian national. CBP AMO agents identified 10 other individuals, which were determined to be nationals of Brazil. The Brazilian nationals were determined to not have documentation which would allow them to lawfully enter the United States.

5. The 10 Brazilian nationals were transferred to the USCG Cutter Bluefin and HSI and AMO agents accompanied BATISTA DE MORAIS NETO and FL0714NW to the Lantana boat ramp located in Lantana, Florida. BATISTA DE MORAIS NETO was subsequently transported the United States Border Patrol station West Palm Beach, Florida.

6. BATISTA DE MORAIS NETO was advised of his Miranda Rights, which he waived and agreed to speak with agents. BATISTA DE MORAIS NETO stated he was to be smuggled into the United States from Brazil via the Bahamas for $16,000.00. BATISTA DE MORAIS NETO initially paid $4,000.00 to an individual named "Aender" in Brazil to be smuggled to the United States. The $12,000.00 remainder was to be paid in installments of $1,000.00 monthly for 12 months once BATISTA DE MORAIS NETO arrived to the United States.

7. On or about September 8, 2012, BATISTA DE MORAIS NETO flew to Nassau, Bahamas from Brazil. BATISTA DE MORAIS NETO stated that the next day he flew from Nassau to Freeport, Grand Bahama Island. Shortly thereafter, BATISTA DE MORAIS NETO was contacted by "Ander" who stated that the boat captain was not

2

going to be able to smuggle him and other Brazilian nationals into the United States for two weeks. "Aender" then asked BATISTA DE MORAIS NETO to captain the vessel and transport the Brazilian nationals to the United States, due to BATISTA DE MORAIS NETO's boating experience. BATISTA DE MORAIS NETO agreed, and as compensation for his transporting the Brazilian nationals he would be able to pay the $12,000.00 remainder in installments of $250.00 a month until paid.

8. BATISTA DE MORAIS NETO stated he departed Freeport, Grand Bahama Island onboard the vessel with the 10 Brazilian nationals on September 16, 2012, and was headed for the Lantana boat ramp located in Lantana, Florida. Once the vessel arrived in the United States an unknown individual was going to pick up the Brazilian nationals, and BATISTA DE MORAIS NETO was to bring the vessel to Pioneer Park located in Deerfield Beach, Florida. BATISTA DE MORAIS NETO was then to dock the vessel and walk away.

9. Based upon the conduct described herein, there is probable cause to believe that BATISTA DE MORAIS NETO violated Title 8, United States Code, Section 1324 (a)(1)(i); Bringing in and harboring certain aliens.

FURTHER AFFIANT SAYETH NAUGHT

Daniel P. Richichi, Special Agent
Homeland Security Investigations

Sworn to before me this 19th day of September, 2012

WILLIAM MATTHEWMAN
UNITED STATES MAGISTRATE JUDGE

3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

No. 12-8375-WM

UNITED STATES OF AMERICA

vs.

*JOAO* BATISTA DE MORAIS NETO,
*w.n.*

　　　　　　　Defendant.
_____/

CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to October 14, 2003? _____ Yes __X__ No

2. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to September 1, 2007? _____ Yes __X__ No

Respectfully submitted,

WIFREDO A. FERRER
UNITED STATES ATTORNEY

BY: _____
Emalyn H. Webber
Assistant United States Attorney
Fla. Bar No. 407501
500 S. Australian Avenue, Suite 400
West Palm Beach, FL 33401-6235
Tel: (561) 820-8711
Fax: (561) 820-8777
Emalyn.Webber@usdoj.gov