

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**12-80194-CR-HURLEY/HOPKINS**
CASE NO. _____

8 U.S.C. §1324 (a)(1)(A)(iv)
8 U.S.C. § 1324(a)(1)(A)(v)(I)

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

JOAO BATISTA DEMORAIS NETO,

    Defendant.

_____/

### INFORMATION

The United States Attorney charges that:

### COUNT ONE

On or about September 16, 2012, in Palm Beach County, in the Southern District of Florida, and elsewhere, the defendant,

**JOAO BATISTA DEMORAIS NETO,**

did knowingly and willfully combine, conspire, confederate, and agree with persons known and unknown to the United States Attorney, to commit an offense against the United States, that is, to knowingly encourage and induce aliens to come to, enter, and reside in the United States, knowing

and in reckless disregard of the fact that such coming to, entry, and residence is and will be in violation of the law, in violation of Title 8, United States Code, Section 1324(a)(1)(A)(iv); all in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(v)(I) and (a)(1)(B)(i).

_____
WIFREDO A. FERRER
UNITED STATES ATTORNEY

_____
EMALYN H. WEBBER
ASSISTANT UNITED STATES ATTORNEY

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

| UNITED STATES OF AMERICA | CASE NO. _____ |
|---|---|
| vs. | |
| **JOAO BATISTA DEMORAIS NETO,** | **CERTIFICATE OF TRIAL ATTORNEY*** |
| Defendant.      / | Superseding Case Information: |

**Court Division:** (Select One)

___ Miami    ___ Key West
___ FTL      _X_ WPB    ___ FTP

New Defendant(s)      Yes ___    No ___
Number of New Defendants ___
Total number of counts ___

I do hereby certify that:

1. I have carefully considered the allegations of the information, the number of defendants, the number of probable witnesses and the legal complexities of the Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:   (Yes or No)    YES
   List language and/or dialect    Portugeuse

4. This case will take    3    days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)                           (Check only one)
   I    0 to 5 days      _X_         Petty       ___
   II   6 to 10 days     ___         Minor       ___
   III  11 to 20 days    ___         Misdem.     ___
   IV   21 to 60 days    ___         Felony      _X_
   V    61 days and over ___

6. Has this case been previously filed in this District Court? (Yes or No)    No
   If yes:
   Judge: _____    Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter?    (Yes or No)    Yes
   If yes:
   Magistrate Case No.    12-8375-WM
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of    9-19-2012
   Defendant(s) in state custody as of _____
   Rule 20 from the _____    District of _____

   Is this a potential death penalty case? (Yes or No)    No

7. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003?    ___ Yes    _No_ No

8. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007?    ___ Yes    _No_ No

                                                    _____
                                                    EMALYN WEBBER
                                                    ASSISTANT UNITED STATES ATTORNEY
                                                    Florida Bar No./Court No. 407501

*Penalty Sheet(s) attached                                                    REV 4/8/08

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NUMBER: _____

### BOND RECOMMENDATION

DEFENDANT: JOAO BATISTA DEMORAIS NETO

Pre-Trial Detention
(Personal Surety) (Corporate Surety) (Cash) (Pre-Trial Detention)

By: _____
AUSA: EMALYN H. WEBBER

Last Known Address: _____

What Facility: _____

Agent(s): Special Agent Daniel P. Richichi
(FBI) (SECRET SERVICE) (DEA) (IRS) (ICE) (**OTHER**)
Department of Homeland Security, West Palm Beach, Florida

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

Defendant's Name: JOAO BATISTA DEMORAIS NETO

Case No: _____

Count 1: Conspiracy to Encourage and Induce Aliens to Come to the United States

Title 8, United States Code, Sections 1324(a)(1)(A)(v)(I) and (a)(1)(B)(i)

*Max. Penalty: 10 years' imprisonment; $250,000 fine, and 3years' supervised release